**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES,**

    **Plaintiff,**

**vs.**                                    **CASE NO. 5:10cv141/RS-EMT**

**PHILLIP D. ELKINS and
VICKI L. ELKINS,**

    **Defendants.**
_____/

## **ORDER**

Before me is the Suggestion of Bankruptcy (Doc. 5). This case is stayed until further order.

**ORDERED** on August 31, 2010.

                                /S/ Richard Smoak
                                **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**